IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE SPANN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 06-768 |
| ) | |
| PNC BANK, N.A. *et al.*, ) | Hon. Gary L. Lancaster |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereto, by their respective legal counsel, have agreed to dismiss, with prejudice, all remaining claims against all remaining defendants asserted in these proceedings, with each party bearing its own costs and expenses.

Respectfully submitted,

/s/ Thomas E. Soule
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
Edelman, Combs, Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for plaintiffs*

/s/ John McIntyre
Tom Allen
Roy Arnold
John McIntyre
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3822
(412) 288-3063 (fax)
*Counsel for defendants Residential Funding Company, LLC
and Homecomings Financial, LLC*

/s/ Wendy Kloner
Wendy Kloner
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room D-7118
Arlington, VA 22226
(703) 562-2391
(703) 562-2481 (fax)
*Counsel for Federal Deposit Insurance Corporation
receiver of Guaranty National Bank of Tallahassee*

/s/ F. Douglas Ross
F. Douglas Ross
Odin, Feldman & Pittleman PC
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
(703) 218-2100
(703) 218-2160 (fax)
*Counsel for PNC Bank NA
successor to Community Bank of Northern Virginia*

SO ORDERED, this 3rd day of January, 2009.

_____
Hon. Gary L. Lancaster, U.S. District Judge